

**Beverly M. Barr**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　914-358-3290
**Attorney at Law**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 856-354-8164
**Admitted in NJ, NY**　　　　　　　　　　　　　　　　　　　　　　　　　　　bbarr@dmclaw.com

August 5, 2024

**VIA ECF**
Hon. Judge Ronnie Abrams
United States District Court
Southern District of New York

　　　　　　　Re:　　Jackson v. A to Z Beauty LLC
　　　　　　　　　　 1:24-CV-03748
　　　　　　　　　　 Joint Status Letter to Court

Dear Judge Abrams:

　　　In accordance with the directives of this Court, the parties have met and communicated via telephone and email to discuss the issues and possible settlement. Plaintiff's attorney has provided a demand and Defendant is considering an appropriate response.

　　　The parties have exchanged information and documents as part of settlement negotiations.

　　　At this time, the parties are not requesting referral to a Magistrate Judge or Mediation.

　　　The parties are requesting additional time to determine whether the matter can be resolved as part of the current discussions and negotiations.

Application granted.

The parties shall provide a status update to the Court no later than September 6, 2024.

SO ORDERED.

_/s/ Ronnie Abrams_

Hon. Ronnie Abrams
August 6, 2024

Respectfully submitted,
Beverly M. Barr, Esq. (BB2665)
Attorney for Defendant

And

Jeffrey M. Gottlieb, Esq.
Attorney for Plaintiff

DICKIE, McCAMEY & CHILCOTE, P.C. | ATTORNEYS AT LAW
MAIN: 412-281-7272　FAX: 888-811-7144
TWO PPG PLACE, SUITE 400 | PITTSBURGH, PA 15222-5402 | WWW.DMCLAW.COM

CALIFORNIA | COLORADO | DELAWARE | MICHIGAN
NEW JERSEY | NEW YORK | NORTH CAROLINA | OHIO
PENNSYLVANIA | SOUTH CAROLINA | WEST VIRGINIA